# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MUELLER, an individual; MICHELLE MUELLER, individually and E.M., by and through his guardian ad litem, MICHAEL DOBIE,<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF SAN BERNARDINO, a public entity; DEBORAH KAY, an individual; and DOES 1 through 100, inclusive, and each of them,<br><br>Defendants. | Case No.: 5:18-cv-00151-DSF-SP<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF MINOR'S COMPROMISE [146]** |

The Court having reviewed Plaintiffs William Mueller, Michelle Mueller, and E.M., by and through his Guardian Ad Litem Michael Dobie's Motion for Approval of Minor's Compromise, and good cause having been shown, it is ORDERED that the Motion is GRANTED as follows:

1. The Court finds that the overall settlement amount is fair, reasonable, and in the best interests of E.M., a minor;

–1–

2. The Settlement Agreement and Release is fair, reasonable, and in the best interests of E.M., a minor;

3. $3,900,000.00 will be paid by Defendants for E.M. into three (3) separate annuities as detailed in the Declaration of John P. Kristensen ¶ 21, Exhibit B.

4. Attorneys' fees of $2,600,000.00, consisting of 40% of E.M.'s allocation is fair and reasonable to Rossman Law Group and Carpenter & Zuckerman.

Dated: August 29, 2022

_____
Dale S. Fischer
United States District Judge