JS-6

# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MUELLER, an individual; MICHELLE MUELLER, individually and E.M., by and through his guardian ad litem, MICHAEL DOBIE,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>COUNTY OF SAN BERNARDINO, a public entity; DEBORAH KAY, an individual; and DOES 1 through 10, inclusive, and each of them,<br><br>　　　　　　Defendants. | Case No.: 5:18-cv-00151-DSF-SP<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The Court having reviewed the stipulation between Plaintiffs WILLIAM MUELLER and MICHELLE MUELLER, individually, and Plaintiff E.M., by and through his Guardian Ad Litem, Michael Dobie (collectively "Plaintiffs") and Defendants COUNTY OF SAN BERNARDINO ("Defendant" or COUNTY"), DEBORAH KAY ("Defendant" or

1  "KAY") (collectively referred to as "Defendants"), and having found good cause, hereby
2  GRANTS the Stipulation for Dismissal with Prejudice in the above matter.

    IT IS SO ORDERED.

  DATED:  January 6, 2023

*/s/ Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE